# EXHIBIT B

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2015 3:39:46 PM
DEBBIE AUTREY
Clerk

# Camille C. Warren

### Official Court Reporter, 202nd Judicial District
### 2804 Pine Street
### Texarkana, Texas 75503

**Office:**
(903) 798-3041 – *Debra Neld?*
(903) 798-3301 fax

**Cell:**
(903) 278-4132

## Invoice No. 352

*Debra*
*903 628 6771*

*Count Reports*

Winford L. Dunn, Jr., Esq.
Dunn, Nutter & Morgan, LLP
3601 Richmond Road
Texarkana, TX 75503

### August 8, 2014

Re: No. 12C0591-202; Heritage Constructors, Inc. v. Chrietzberg Electric, Inc., et al; In the 202nd Judicial District of Bowie County, Texas - Reporter's Record (copy)

| | |
|---|---|
| Volume 1 (Master Index) | $ 20.00 |
| Volume 2 (Pretrial Hearing 1/28/13) | 48.00 |
| Volume 3 (Final Pretrial 4/23/13) | 124.00 |
| Volume 4 (Jury Selection/Trial 5/14/13) | 306.00 |
| Volume 5 (Jury Trial 5/15/13) | 406.00 |
| Volume 6 (Jury Trial 5/16/13) | 368.00 |
| Volume 7 (Attorney Fee Hearing 8/6/13) | 132.00 |
| Volumes 8-13 (Exhibits) | 468.00 |

**Total:** **$1.872.00**